UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Juan Mazurett – Case No. 1:17-cv-00822
Dujuan Crowell – Case No. 1:18-cv-00391
Kathy Dickerman – Case No. 1:18-cv-01296
William Pratnicki – Case No. 1:19-cv-01133
Estate of Vilma Roach – Case No. 1:19-cv-03786
Sommers Baptiste – Case No. 1:19-cv-04394

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction.  *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction.  Each party shall bear its own fees and costs.

- 2 -

Dated: March 17, 2026

/s/ Brian A. Goldstein_____          /s/ Andrea Roberts Pierson_____
Brian Goldstein                         Andrea Roberts Pierson
Goldstein Greco, P.C.                   Faegre Drinker Biddle & Reath LLP
2354 Wehrle Drive                       300 North Meridian Street, Suite 2500
Buffalo, NY 14221                       Indianapolis, Indiana  46204
Telephone: (844) 716-4653               Telephone:  (317) 237-0300
Facsimile:  (716) 568-9090              Facsimile:   (317) 237-1000
Email: bg@goldsteingreco.com            Email: andrea.pierson@faegredrinker.com


***Attorney for Plaintiffs***          ***Attorney for Defendants***