UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

ACKNOWLEDGED. Cases listed are dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 3/24/2026

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Juan Mazurett – Case No. 1:17-cv-00822
Dujuan Crowell – Case No. 1:18-cv-00391
Kathy Dickerman – Case No. 1:18-cv-01296
William Pratnicki – Case No. 1:19-cv-01133
Estate of Vilma Roach – Case No. 1:19-cv-03786
Sommers Baptiste – Case No. 1:19-cv-04394

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.